IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>VERONICA RING,<br><br>                Defendant. | **8:12CR419**<br><br>**ORDER** |

      This matter is before the court on the defendant's motion to extend self-surrender date, Filing No. 52, for defendant Veronica Ring. Based on the report from Pretrial Services, the court finds the motion should be granted.

      THEREFORE, IT IS ORDERED, that the defendant's motion, Filing No. 52, is granted, and defendant Veronica Ring **shall self-surrender on or before 2:00 p.m. on October 23, 2013** to the facility designated by the United States Bureau of Prisons.

      DATED this 12th day of September, 2013.

                                            BY THE COURT:

                                            <u>Joseph F. Bataillon</u>
                                            United States District Judge