## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | 8:12CR419 |
| vs. | ) | ORDER |
| **VERONICA RING,** | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Veronica Ring (Ring) for the appointment of counsel (Filing No. 62). Ring seeks the appointment to review her sentence under the Retroactive Guidelines Amendment #782. However, Ring is not eligible for a reduction at this time as her original sentence of 60 months is below the newly calculated guideline range of 70-87 months. Accordingly, Rings request for the appointment of counsel is denied.

**IT IS SO ORDERED.**

DATED this 15th day of June, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge